

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Zachary Duane Wilson,

\* From the 441st District Court
of Midland County,
Trial Court No. CR54092.

Vs. No. 11-21-00079-CR

\* September 15, 2022

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there are errors in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment and the district clerk's bill of costs to delete (1) the court-appointed attorney's fees that were ordered to be assessed against Appellant and (2) the trial court's requirement that Appellant pay such fees. As modified, we affirm the judgment of the trial court.